# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2014

### NO. 03-13-00199-CV

**Stevie Lynn Davis, Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on February 22, 2013. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because

appellant is indigent and unable to pay costs, no adjudication of costs is made.